| | |
|---|---|
| 1 | Neil L. Shapiro, Bar No. 51547       **E-filed 3/2/07** |
| 2 | nlshapiro@sbcglobal.net<br>Law Offices of Neil L. Shapiro |
| 3 | 2100 Garden Road, Suite C<br>Monterey, CA 93940 |
| 4 | Telephone:  (831) 372-3700<br>Facsimile:  (831) 372-3701 |
| 5 | Attorneys for Defendant |
| 6 | JRL PROPERTIES INTERNATIONAL, INC. |
| 7 | David T. Biderman, Bar No. 101577<br>DBiderman@perkinscoie.com |
| 8 | Johanna Calabria, Bar No. 226222<br>JCalabria@perkinscoie.com |
| 9 | PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400 |
| 10 | San Francisco, CA  94111<br>Telephone:  (415) 344-7000 |
| 11 | Facsimile:  (415) 344-7050 |
| 12 | Attorneys for Defendants<br>PLEXCO TRUST, J. CRAIG HAMILTON, JR., and |
| 13 | JOHN D. FARRALD as Trustee of PLEXCO TRUST |

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>JRL PROPERTIES INTERNATIONAL INC.,<br>Debtor. | Case No. 04-47072-dml-11<br>Chapter 11<br>(Pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division) |
| MICHAEL R. ALLEN and CONTINENTAL NURSING MANAGEMENT SERVICES, INC., an Arizona corporation,<br><br>           Plaintiffs,<br>      v.<br><br>J. CRAIG HAMILTON, JR., Individually and as Trustee of PLEXCO TRUST, JOHN D. FARRALD as Trustee of PLEXCO TRUST, PLEXCO TRUST, a California trust, JRL PROPERTIES INTERNATIONAL, INC., a Texas corporation, and DOES 1-10, Inclusive,<br><br>           Defendants. | Case No.:  C07-01151 JF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

---

**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**
**Case No. C07-01151 JF**

91004-0014/LEGAL13060490.1

Dockets.Justia.com

Plaintiffs MICHAEL R. ALLEN and CONTINENTAL NURSING MANAGEMENT SERVICES, INC. ("Plaintiffs") filed a Complaint on December 1, 2006 and an Amended Complaint on December 12, 2006.  In order to allow Defendants J. CRAIG HAMILTON, JR., JOHN D. FARRALD as Trustee of PLEXCO TRUST, PLEXCO TRUST, and JRL PROPERTIES INTERNATIONAL, INC. ("Defendants") sufficient time to prepare a response to the Amended Complaint, and to promote efficiency and economy by fixing one response date for all Defendants, Plaintiffs and Defendants, by and through their attorneys, hereby stipulate that Defendants' time to respond to the Amended Complaint, shall be on or before March 30, 2007.

IT IS SO STIPULATED.

DATED:  February 28, 2007    **GERSTL & HUDSON**

By _____/s/_____
J.A. Hudson

Attorney for Plaintiffs
MICHAEL R. ALLEN and CONTINENTAL NURSING MANAGEMENT SERVICES, INC.

DATED:  February 27, 2007    **LAW OFFICES OF NEIL L. SHAPIRO**

By _____/s/_____
Neil L. Shapiro

Attorney for Defendant
JRL PROPERTIES INTERNATIONAL, INC.

DATED:  February 27, 2007    **PERKINS COIE LLP**

By _____/s/_____
Johanna Calabria

Attorneys for Defendants
PLEXCO TRUST, J. CRAIG HAMILTON, JR., AND JOHN D. FARRALD as Trustee of PLEXCO TRUST

**ATTESTATION**

I, Johanna Calabria, hereby attest that, pursuant to General Order 45, Section X.B, concurrence in the filing of this document has been obtained from each of the other signatories herein.

- 3 -

1  PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

3  DATED: 3/2/07

   _____
   The Honorable United States District Judge Jeremy Fogel

- 3 -
**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**
**Case No. C07-01151 JF**

91004-0014/LEGAL13060490.1