*efiled 4/3/07

1

DAVID T. BIDERMAN, Bar No. 101577
    dbiderman@perkinscoie.com

2

JOHANNA CALABRIA, Bar No. 226222
    jcalabria@perkinscoie.com

3

PERKINS COIE LLP
Four Embarcadero Center, Suite 2400

4

San Francisco, California  94111
Telephone:  (415) 344-7000

5

Facsimile:  (415) 344-7050

6

STACY ALLEN, Bar No. 115338
    stacyallen@jw.com

7

MARVIN E. SPROUSE III (admitted *pro hac vice*),
    msprouse@jw.com

8

JACKSON WALKER LLP
100 Congress Avenue, Suite 1100

9

Austin, Texas  78701
Telephone:  (512) 236-2000

10

Facsimile:  (512) 236-2002

11

Attorneys for Defendants, J. CRAIG HAMILTON, JR., PLEXCO
TRUST, and JOHN D. FARRALD, as Trustee of PLEXCO TRUST

12

13

Neil L. Shapiro, Bar No. 51547
nlshapiro@sbcglobal.net
Law Offices of Neil L. Shapiro

14

2100 Garden Road, Suite C
Monterey, CA 93940

15

Telephone:  (831) 372-3700
Facsimile:  (831) 372-3701

16

17

Attorneys for Defendant
JRL PROPERTIES INTERNATIONAL, INC.

18

### UNITED STATES DISTRICT COURT

19

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

20

### SAN JOSE DIVISION

21

22

MICHAEL R. ALLEN and CONTINENTAL
NURSING MANAGEMENT SERVICES,
INC., an Arizona corporation,

23

Plaintiffs,

24

v.

25

J. CRAIG HAMILTON, JR., Individually and
as Trustee of PLEXCO TRUST, JOHN D.

26

FARRALD as Trustee of PLEXCO TRUST,
PLEXCO TRUST, a California trust, JRL

27

PROPERTIES INTERNATIONAL, INC., a
Texas corporation, and DOES 1-10, Inclusive,

28

Defendants.

Case No.:  C07-01151 JF

**SECOND STIPULATION TO EXTEND
TIME TO RESPOND TO AMENDED
COMPLAINT**
and Order

1    Plaintiffs MICHAEL R. ALLEN and CONTINENTAL NURSING MANAGEMENT

2   SERVICES, INC. ("Plaintiffs") filed a Complaint on December 1, 2006 and an Amended

3   Complaint on December 12, 2006.  By Stipulation of the parties and Order of this Court,

4   Defendants' J. CRAIG HAMILTON, JR., JOHN D. FARRALD as Trustee of PLEXCO TRUST,

5   PLEXCO TRUST, and JRL PROPERTIES INTERNATIONAL, INC. ("Defendants") response

6   to the Amended Complaint is currently due on March 30, 2007.  In order to allow Defendants

7   sufficient time to prepare a response to the Amended Complaint, and in order to allow this Court

8   to consider Defendants' Motion to Transfer Venue, which is set for hearing on May 4, 2007,

9   Plaintiffs and Defendants, by and through their attorneys, hereby stipulate that Defendants' time

10  to respond to the Amended Complaint, shall be on or before May 15, 2007.

11  IT IS SO STIPULATED.

12  DATED:  March 30, 2007          **GERSTL & HUDSON**

13

14                                  By _____/s/_____
                                                   J.A. Hudson

15                                  Attorney for Plaintiffs
                                    MICHAEL R. ALLEN and CONTINENTAL NURSING
16                                  MANAGEMENT SERVICES, INC.

17
    DATED:  March 30, 2007          **LAW OFFICES OF NEIL L. SHAPIRO**
18

19                                  By _____/s/_____
                                                   Neil L. Shapiro
20
                                    Attorney for Defendant
21                                  JRL PROPERTIES INTERNATIONAL, INC.

22
    DATED:  March 30, 2007          **PERKINS COIE LLP**
23

24                                  By _____/s/_____
                                                   Johanna Calabria
25
                                    Attorneys for Defendants
26                                  PLEXCO TRUST, J. CRAIG HAMILTON, JR., AND
                                    JOHN D. FARRALD as Trustee of PLEXCO TRUST
27

28
                                        - 2 -
    **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**
    **Case No. C07-01151 JF**
    64208-0001/LEGAL13128214.1

1

**ATTESTATION**

2    I, Johanna Calabria, hereby attest that, pursuant to General Order 45, Section X.B, concurrence

3    in the filing of this document has been obtained from each of the other signatories herein.

4

5    PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

6

7    DATED: _____4/3/07_____     _____

8                                The Honorable United States District Judge Jeremy Fogel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**
**Case No. C07-01151 JF**

64208-0001/LEGAL13128214.1